MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
JOSHUA D. BOXER (SBN 226712)
iboxer@maternlawgroup.com
TAGORE O. SUBRAMANIAM (SBN 280126)
tagore@maternlawgroup.com
**MATERN LAW GROUP, PC**
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Tel:   (310) 531-1900
Fax:   (310) 531-1901

MATTHEW K. EDLING (SBN 250940)
matt@sheredling.com
ADAM M. SHAPIRO (SBN 267429)
adam@sheredling.com
STEPHANIE BIEHL (SBN 306777)
stephanie@sheredling.com
**SHER EDLING LLP**
100 Montgomery St., Suite 1410
San Francisco, CA 94104
Tel:   (628) 231-2500
Fax:   (628) 231-2929

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD GOLDSTEIN, et al.,<br><br>             Plaintiffs,<br><br>       v.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>             Defendants. | Case No. 2:17-CV-02477-DSF-(SKx)<br><br>**DECLARATION OF ADAM M. SHAPIRO IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF CLASS NOTICE**<br><br>Judge:  Dale S. Fischer<br><br>DATE:   June 29, 2020<br>TIME:   1:30 p.m.<br>CRTM:  7D<br><br>Date of Removal: March 30, 2017<br>Second Amended Complaint filed: July 9, 2018 |

SHER EDLING LLP

DECL OF ADAM M. SHAPIRO ISO PLAINTIFFS' UNOPPOSED MOT. FOR APPROVAL OF CLASS NOTICE.
CASE NO. 2:17-CV-02477-DSF

I, Adam M. Shapiro, declare as follows:

1. I am an attorney duly admitted to practice before all courts of the State of California and in the United States District Court for the Central District of California. I am a senior associate in the law firm of Sher Edling LLP, co-counsel for Plaintiffs Arnold Goldstein, Hany Youssef, and Gisela Janette La Bella (collectively "Plaintiffs"). I submit this Declaration in support of Plaintiffs' Motion for Approval of Class Notice. I have personal knowledge of the facts set forth below, and if called upon to testify, I could and would competently testify to them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Class Notice that will be distributed to class members in this matter. Plaintiffs' counsel has met and conferred with Defense counsel regarding the language of the Class Notice and Distribution Plan, and Torrance Refining Company LLC and Exxon Mobil Corporation have stated they will not oppose this Motion. The Notice informs the Ground Subclass of: (1) the persons that qualify as a member of the Ground Subclass; (2) the claims at issue in the lawsuit; (2) the relief sought, (3) the consequences of remaining in the class, (4) how to be excluded from the class, and the consequences of being excluded, and (5) how to obtain additional information.

3. Plaintiffs have retained a class action administrator, Rust Consulting, for purpose of class notice distribution in this case. Plaintiffs selected Rust Consulting because it has substantial experience in class action claims administration and has successfully administered thousands of such cases.

4. Within 30 days of approval of the instant Motion, Rust Consulting will mail the Notice directly to addresses falling within the Ground Subclass area, as that area is described in the Declaration of W. Richard Laton submitted in support of Plaintiff's Renewed Motion for Class Certification. Plaintiff shall bear the cost of mailing of the Class Notice. Approximately 100 properties fall within

1  the class area.

2  5. Class members can opt out of the class by mailing their request to
3  Rust Consulting within sixty (60) days after the Notice is has been sent. The list of
4  Class Members who requested exclusion from the action shall be filed with the
5  Court within 30 days of the Response Deadline.

6  6. Additionally, Rust Consulting will establish a class website, which
7  will include information and documents including the Class Notice, the operative
8  complaint, Defendants' Answer, and the Class Certification Order.

10  I declare under penalty of perjury under the laws of the State of California
11  and the United States of America that the foregoing is true and correct and that I
12  executed this Declaration on May 28, 2020 at San Francisco, California.

*/s/ Adam M. Shapiro*
Adam M. Shapiro

# EXHIBIT 1

<u>UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA</u>

# If you own property in Torrance, California in the designated area adjacent to the Torrance Refinery, a class action lawsuit may affect your rights.

*A federal court authorized this Notice. This is not a solicitation.*

Plaintiffs filed a class action against the former and current owners of an oil refinery in Torrance, California formerly operated by Defendant Exxon Mobil Corporation and currently operated by Defendant Torrance Refining Company LLC. Plaintiffs allege harms caused by soil vapor relating to alleged groundwater contamination from the Refinery.

The Court has allowed the lawsuit to proceed as a class action on behalf of the following class:

> Soil and Ground Water Class ("Ground Class") with respect to claims for trespass – Persons who currently own real property within the boundaries of Zones A, B, and C in the attached maps, and who occupy or have a possessory interest in that property.

The properties falling within these zones have the following addresses in Torrance, California: 2128 to 2461 Del Amo Blvd; 357 and 373 Van Ness Avenue; 370 Amapola Avenue; and 2281 W. 205th St.

The Court has not decided whether Defendants did anything wrong and Defendants maintain they have done nothing wrong. There are no benefits available now, and there is no guarantee that there will be. However, your legal rights may be affected, and you have a choice to make now.

| YOUR LEGAL RIGHTS AND OPTIONS ||
|---|---|
| **DO NOTHING** | **You Can Stay In This Lawsuit And Await The Outcome - and in so doing possibly share in the remedial benefits sought by Plaintiff, but also give up certain rights.** |
| | If you are a Class Member, you do not need to do anything at this time. You will remain part of the Class and you may be entitled to benefits that may come from a trial or settlement of the lawsuit. If you do not ask to be excluded, you will remain in the lawsuit and you will give up the right to sue Defendants on your own about the legal claims concerning your property included in this lawsuit. |
| **EXCLUDE YOURSELF FROM THE CLASS** | **You Can Exclude Yourself From The Class And You Will Not Get Any Benefits From This Lawsuit But You Get To Keep Your Rights to Sue Defendants.** |
| | If you ask to be excluded from the Class and benefits are later awarded, you will not receive any benefits. But you will keep any rights you may have to sue Defendants in another proceeding about the same legal claims certified in this lawsuit. |

Your options and the deadlines to exercise them are explained in this Notice. To ask to be excluded from the Class, you must act by **Month DD, 20YY**.

## BASIC INFORMATION

### 1. Why did I get this Notice?

The purpose of this Notice is to inform you that a Court has established or "certified" certain claims in this case as a class action. The Notice also advises you of how your rights may be affected by this lawsuit, so that you can make an informed decision about whether you should remain in the lawsuit or request to be excluded from the Class.

You may be a member of the class if you currently own and occupy, or have a possessory interest in, the real property within the identified boundaries. This Notice and the attached maps will provide more details regarding the identified boundaries of properties alleged to be impacted.

Judge Dale S. Fischer of the United States District Court for the Central District of California (the "Court"), is currently overseeing this case. The case is known as *Arnold Goldstein, et al. v. ExxonMobil Corporation et al.,* Case No. 2:17-cv-02477-DSF-SK. The people who sued are called the Plaintiffs, the companies they are suing, Exxon Mobil Corporation and Torrance Refining Company LLC, are called the Defendants.

### 2. What is a class action?

In a class action, one or more people called "Class Representatives" (in this case, Hany Youssef) sue on behalf of people who have similar claims. All these people are a "Class" or "Class Members." One court resolves the issues for all Class Members, except for those who exclude themselves from the Class, in which case those people can file their own claims. The Court has currently decided that certain claims in this lawsuit can proceed as a class action. More information about why the Court is currently allowing these claims to proceed as a class action is in the Court's Order Granting in Part Plaintiffs' Renewed Motion for Class Certification, which you may view at www.xxxxxxxx.com.

## WHAT IS THIS LAWSUIT ABOUT?

### 3. What is this lawsuit about?

On February 17, 2017, Plaintiffs filed this putative class action against the former and current owners of the Torrance Refinery. In this lawsuit, Plaintiffs allege that the Torrance Refinery has released harmful pollutants in the land around the Refinery that has resulted in soil vapor detections in certain properties. Based on these allegations, Plaintiffs assert claims for trespass on behalf of the Ground Class.

### 4. What Do Plaintiffs Seek?

Plaintiffs seek abatement or cost of abatement in the affected areas defined by the Ground Class, and remedial measures to be implemented by Defendants. In addition, Plaintiffs seek reasonable attorneys' fees and costs.

### 5. Are there any benefits available now?

No. The Court has not decided whether the Defendants did anything wrong, or whether any Class Members are entitled to the remedial relief sought, so there are no benefits available to the Class at this time and no

guarantee that there ever will be. If benefits become available, Class members may have to take other steps, such as submitting a claim form, in order to get their shares. If so, you will be notified of any additional steps you must take. You can stay informed of the progress of this case by visiting the website www.xxxxxxxx.com or by calling 310-531-1900 or 628-231-2500.

### 6. How Do Defendants Answer?

Defendants deny Plaintiffs' allegations in full and maintain that the alleged soil vapor is minimal or non-existent in the defined class area, and there is no risk to class members. Defendants maintain that they are subject to regulation by the appropriate California and federal governmental agencies tasked with ensuring public health and safety and these agencies have not imposed any violations arising from the allegations in this case.

### 7. Has the Court decided who is right?

No. The Court has not decided whether Plaintiffs or Defendants are right.  By establishing the Class and issuing this Notice, the Court is not suggesting that the Plaintiffs will win or lose this case.

The Court has not ruled on the merits of Plaintiffs' claims or Defendants' defenses.

## WHO IS IN THE CLASS?

### 8. Am I part of this Class?

The Court certified the following class:

- <u>Ground Class with respect to claims for trespass only</u>:  Persons who currently own real property within the boundaries of Zones A, B, and C of the Plaintiffs' maps, and who occupy or have a possessory interest in that property.

Plaintiffs' maps are attached, and Zones A, B, and C include the following property addresses in Torrance California: 2128 to 2461 Del Amo Blvd; 357 and 373 Van Ness Avenue; 370 Amapola Avenue; and 2281 W. 205th St.

Also attached is a list of properties falling within the Ground Class. If your residence is within either of these boundaries, you may be a member of the class.

### 9. What if I am still not sure if I am included in the class?

If you are still not sure whether you are included in the class, you can contact Class Counsel by email at info@sheredling.com or info@maternlawgroup.com, or by calling 310-531-1900 or 628-231-2500.

## YOUR RIGHTS AND OPTIONS

If you are a Class Member, you must decide now whether to stay in the Class or ask to be excluded.

### 10. What happens if I do nothing?

If you are a Class Member and you do nothing, you will stay in the Class.  If you stay in the Class, you will also be legally bound by any and all orders the Court issues and judgments the Court makes in this class action. If you stay in the Class and the Class is awarded benefits, either as a result of trial or settlement,

you will be notified about the benefits to which you are entitled.  If you do nothing now, regardless of whether Plaintiffs win or lose at trial, you will not be able to sue, or continue to sue, Defendants as part of any other lawsuit for the same legal claims certified in this lawsuit. You will also be legally bound by any and all orders the Court issues and judgments the Court makes in this class action.

### 11. What happens if I exclude myself?

If you exclude yourself from the Class, you will not be part of this Class and will not receive any benefits if Plaintiffs are successful in winning this case or if the Parties reach a settlement.  You will not be legally bound by the Court's judgments or orders in this case if you exclude yourself.  If you exclude yourself, you preserve your right to sue Defendants in a separate action for the claims certified in this lawsuit. If you bring your own lawsuit against Defendants after you exclude yourself, you may hire your own lawyer for that lawsuit and pursue your own claims.  If you do exclude yourself, you should talk to your own lawyer soon, so you can file any claim you have in time.

### 12. How do I exclude myself from the Class?

To exclude yourself from the Class, you must send a written request for exclusion with the following information:

(1) The name of the lawsuit (*Goldstein v. ExxonMobil Corporation*, Case No. 2:17-cv-02477-DSF-SK);

(2) Your full name and current address;

(3) A statement requesting to exclude yourself, such as "I wish to be excluded from the Class"; and

(4) Your signature.

You must mail your Exclusion Request **postmarked by Month DD, 20YY** to:

*Goldstein v. ExxonMobil Corporation* Administrator
[P.O. Box]
[City, State Zip]

The Court will exclude from the class any Class member who requests exclusion.

## THE LAWYERS REPRESENTING YOU

### 13. Do I have a lawyer in this case?

Yes. The Court appointed the law firms Sher Edling LLP and Matern Law Group, PC to represent Plaintiffs and all Class Members as "Class Counsel." For more information regarding Class Counsel, you can visit their websites at www.maternlawgroup.com and www.sheredling.com. You do not have to pay Class Counsel out of your own pocket.  If you want to be represented by your own lawyer, you may hire one at your own expense.

### 14. Should I get my own lawyer?

If you choose to remain in the Class, you do not need to hire a lawyer. But if you want your own lawyer, you will be responsible for hiring your own lawyer. For example, you can ask your attorney to appear in Court for you if you want someone other than Class Counsel to speak for you.

### 15. How will Class Counsel be paid?

If Class Counsel are successful and obtain benefits for the Class, they may ask the Court for reasonable attorneys' fees and expenses. You will not have to pay these fees and expenses. If the Court grants Class Counsel's request, the fees and expenses will be paid separately by the Defendants.

## THE TRIAL

### 16. How and when will the Court decide who is right?

If the case is not resolved by a settlement or dismissed, Class Counsel will have to prove Plaintiffs' claims in this lawsuit at a trial. There is no guarantee that Plaintiffs will win or that they will get any benefits for the Class. Trial is presently scheduled to begin on March 23, 2021.

### 17. Do I have to come to the trial?

You do not need to attend the trial unless you are subpoenaed as a witness. Class Counsel will present the case for the Class Members, and Defendants will present their defenses. You or your own lawyer are welcome to attend at your own expense. If you wish to participate in the trial, you should contact Class Counsel.

### 18. Will I get benefits after the trial?

At this time, the Court has not made a decision on the merits of this case. If the Class is successful at trial or reaches a settlement that requires Defendants to further remediate the alleged soil vapor contamination, you will be notified about how to participate. We do not know how long this will take.

## GETTING MORE INFORMATION

### 19. How can I get additional information?

You may obtain more information by contacting Class Counsel by email at info@sheredling.com or info@maternlawgroup.com, or by calling 310-531-1900 or 628-231-2500.

**PLEASE DO NOT CALL OR WRITE THE COURT ABOUT THIS NOTICE**

Dated: Month DD, 20YY

By Order of the Court

## PROPERTIES IN THE GROUND CLASS AREA

| | | |
|---|---|---|
| 2128 Del Amo Blvd | 2232 Del Amo Blvd | 2360 Del Amo Blvd |
| 2129 Del Amo Blvd | 2233 Del Amo Blvd | 2361 Del Amo Blvd |
| 2130 Del Amo Blvd | 2234 Del Amo Blvd | 2364 Del Amo Blvd |
| 2131 Del Amo Blvd | 2235 Del Amo Blvd | 2368 Del Amo Blvd |
| 2134 Del Amo Blvd | 2236 Del Amo Blvd | 2372 Del Amo Blvd |
| 2135 Del Amo Blvd | 2240 Del Amo Blvd | 2373 Del Amo Blvd |
| 2136 Del Amo Blvd | 2242 Del Amo Blvd | 2376 Del Amo Blvd |
| 2137 Del Amo Blvd | 2243 Del Amo Blvd | 2377 Del Amo Blvd |
| 2139 Del Amo Blvd | 2251 Del Amo Blvd | 2400 Del Amo Blvd |
| 2140 Del Amo Blvd | 2254 Del Amo Blvd | 2401 Del Amo Blvd |
| 2142 Del Amo Blvd | 2257 Del Amo Blvd | 2406 Del Amo Blvd |
| 2145 Del Amo Blvd | 2260 Del Amo Blvd | 2407 Del Amo Blvd |
| 2146 Del Amo Blvd | 2261 Del Amo Blvd | 2410 Del Amo Blvd |
| 2150 Del Amo Blvd | 2264 Del Amo Blvd | 2411 Del Amo Blvd |
| 2151 Del Amo Blvd | 2265 Del Amo Blvd | 2414 Del Amo Blvd |
| 2203 Del Amo Blvd | 2268 Del Amo Blvd | 2415 Del Amo Blvd |
| 2204 Del Amo Blvd | 2269 Del Amo Blvd | 2418 Del Amo Blvd |
| 2205 Del Amo Blvd | 2272 Del Amo Blvd | 2419 Del Amo Blvd |
| 2206 Del Amo Blvd | 2273 Del Amo Blvd | 2422 Del Amo Blvd |
| 2207 Del Amo Blvd | 2276 Del Amo Blvd | 2423 Del Amo Blvd |
| 2208 Del Amo Blvd | 2277 Del Amo Blvd | 2428 Del Amo Blvd |
| 2209 Del Amo Blvd | 2301 Del Amo Blvd | 2429 Del Amo Blvd |
| 2212 Del Amo Blvd | 2307 Del Amo Blvd | 2432 Del Amo Blvd |
| 2213 Del Amo Blvd | 2311 Del Amo Blvd | 2433 Del Amo Blvd |
| 2215 Del Amo Blvd | 2315 Del Amo Blvd | 2454 Del Amo Blvd |
| 2218 Del Amo Blvd | 2319 Del Amo Blvd | 2455 Del Amo Blvd |
| 2220 Del Amo Blvd | 2327 Del Amo Blvd | 2461 Del Amo Blvd |
| 2221 Del Amo Blvd | 2334 Del Amo Blvd | 357 Van Ness Avenue |
| 2222 Del Amo Blvd | 2337 Del Amo Blvd | 373 Van Ness Avenue |
| 2227 Del Amo Blvd | 2350 Del Amo Blvd | 370 Amapola Avenue |
| 2229 Del Amo Blvd | 2351 Del Amo Blvd | 2281 W. 205th St. |
| 2230 Del Amo Blvd | 2356 Del Amo Blvd | |
| 2231 Del Amo Blvd | 2357 Del Amo Blvd | |

