1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

9

10 | ARNOLD GOLDSTEIN, et al.,

Case No. 2:17-CV-02477-DSF (SKx)

11 |          Plaintiffs,

12 |          v.

**ORDER CONDITIONALLY
GRANTING PLAINTIFFS'
UNOPPOSED MOTION FOR
APPROVAL OF CLASS NOTICE**

13 | EXXON MOBIL CORPORATION, et
al.,

14

15 |          Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court requires the following changes to the proposed Class Notice:

1.  The text in the numbered and shaded areas of the proposed Class Notice is inconsistent in font, capitalization, and bolding.  These should be made consistent.
2. At the end of items 5 and 9 on page 3, add the words "DO NOT CALL OR WRITE THE COURT."
3. At the end of item 12 on page 4, add the words "DO NOT SEND YOUR EXCLUSION REQUEST TO THE COURT."
4. The phrase "orders the Court issues and judgments the Court makes" in item 10 on pages 3 and 4 should be changed in both places to "orders the Court makes and judgments the Court enters."

IT IS ORDERED that, conditioned on the above changes, Plaintiffs' Unopposed Motion for Approval of Class Notice is GRANTED.  The Court finds that the form and content of the proposed notice will provide the best practicable notice to Ground Class, certified by this Court's October 15, 2019 Order.  Within 30 days, Plaintiffs shall cause the mailing of the Notice to the addresses falling within the Ground Subclass Area, which are identified in Attachment A to the Class Notice.  Plaintiffs shall bear the cost of mailing of the Class Notice. Class members may opt out of the class by mailing a request to the Claims Administrator within sixty (60) days after the Notice has been sent (the "Response Deadline"). The list of Class Members who requested exclusion shall be filed with the Court within 30 days of the Response Deadline. Additionally, Plaintiff shall cause the Claim Administrator to establish a class website, as described in the Motion.

IT IS SO ORDERED.

DATED:  June 26, 2020

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE