UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE NAVARRO,<br><br>      Plaintiff,<br><br>      v.<br><br>EXXONMOBIL CORPORATION, et al.,<br><br>      Defendants. | CV 17-2477 DSF (SKx)<br><br>Order to Show Cause re Dismissal for Lack of Prosecution |

      On July 5, 2022, this Court issued its Order Denying Plaintiffs' Motion to Substitute Jose Navarro and Decertifying Class. Dkt. 285. That Order stated that this case would proceed as an individual action and ordered that the parties were to meet and confer and propose a schedule for the remaining pretrial dates and trial dates. Id. No proposed dates have been provided. Plaintiff's counsel is ordered to schedule a meeting with defense counsel and submit proposed dates for all items in the Court's Schedule of Pretrial and Trial Dates attached to the Court's Order Setting Scheduling Conference that have not yet expired no later than September 27, 2022. The Court's Order Setting Scheduling Conference can be found on the Court's website at

http://www.cacd.uscourts.gov/sites/default/files/documents/DSF/AD/ORDER%20SETTING%20SCHEDULING%20CONFERENCE%2006-20%20.pdf.

Failure to comply with this Order will result in sanctions, which may include dismissal of this action for lack of prosecution.

IT IS SO ORDERED.

Date: September 14, 2022

Dale S. Fischer
United States District Judge