PILLSBURY WINTHROP SHAW PITTMAN LLP
MICHAEL J. FINNEGAN (SBN 137409)
michael.finnegan@pillsburylaw.com
MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
725 S. Figueroa Street, 36th Floor
Los Angeles, California 90017-5524
Telephone:  (213) 488-7100
Facsimile:   (213) 629-1033

*Attorneys for Defendant*
TORRANCE REFINING COMPANY LLC

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE NAVARRO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EXXONMOBIL CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02477-DSF (SKx)<br><br>**JOINT STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES AND WITHDRAW EX PARTE APPLICATION**<br><br>Judge:　Dale S. Fischer<br>Dept.　　7D |

　　　Plaintiff Jose Navarro ("Plaintiff") and Defendant Torrance Refining Company LLC ("TORC")[1] (collectively, the "Parties"), by and through their

---

[1] The only cause of action pled against ExxonMobil in Plaintiff's Corrected Third Amended Complaint has been dismissed with prejudice. Dkt. 304 at 12 ("The Court grants TORC's motion and dismisses Navarro's trespass claim with prejudice.") ExxonMobil takes no position regarding the pretrial and trial schedule, as these dates do not apply to ExxonMobil.

1  respective undersigned counsel, hereby stipulate and agree as follows:

2      WHEREAS, on October 8, 2021, Plaintiff filed a Motion to Substitute Jose
3  Navarro for Hany Youssef as class representative in the above-captioned matter
4  ("Motion to Substitute") (Dkt. 263);

5      WHEREAS, following briefing and submission of competing proposed orders
6  by the Parties, on July 5, 2022, the Court denied Plaintiffs' Motion to Substitute,
7  decertified the "Air Subclass" and "Ground Subclass," ordered that the above-
8  captioned action would proceed as an individual action, and ordered the parties to
9  meet and confer on a proposed schedule for the remaining pretrial dates and trial date
10  in this matter (Dkt. 285);

11      WHEREAS, on September 14, 2022, the Court issued an Order to Show Cause
12  ("OSC") re Dismissal for Lack of Prosecution ordering Plaintiff's counsel to
13  schedule a meeting with defense counsel to submit proposed dates for the remaining
14  pretrial dates and trial date in this action (Dkt. 289);

15      WHEREAS, the Parties met and conferred and filed a Joint Proposed Schedule
16  of Pretrial and Trial Dates on September 27, 2022 (Dkts. 290 and 290-1);

17      WHEREAS, the Court entered an order discharging the OSC and entering the
18  dates proposed by the Parties ("Schedule") on September 29, 2022 (Dkt. 292);

19      WHEREAS, TORC filed a motion for judgment on the pleadings ("Motion")
20  on January 13, 2023, which was noticed for a hearing on February 13, 2023 (Dkt.
21  294);

22      WHEREAS, on February 8, 2023, following briefing on the Motion, the Court
23  issued an order taking the Motion off calendar and under submission (Dkt. 301);

24      WHEREAS, on February 27, 2023, the Court entered an order granting
25  Defendants' Motion, which dismissed Plaintiff's trespass claim against TORC and
26  ExxonMobil with prejudice, but granted Plaintiff leave to amend his nuisance claims
27  against TORC ("Order");

28

1  WHEREAS, the Order permits Plaintiff to file and serve an amended complaint no later than March 25, 2023;

3  WHEREAS, pursuant to the Schedule, TORC's expert reports are due on March 25, 2023, the expert discovery cutoff is set for April 25, 2023, the last day to hear motions is June 12, 2023, and trial is currently set for September 19, 2023 (Dkt. 290-1);

7  WHEREAS, following the Court's Order, the Parties were unable to agree to a stipulation to stay or continue all pretrial and trial dates pending Plaintiff's service of an amended complaint;

10  WHEREAS, on March 3, 2023, due to this impasse, TORC protectively filed an Ex Parte Application to Stay Pretrial Deadlines and Trial Date ("Application");

12  WHEREAS, the Parties diligently and in good faith met and conferred on March 3 through March 6, and agreed on March 6 to stipulate to modification of the schedule of pretrial and trial dates consistent with the revised schedule attached hereto as Exhibit A.

16  WHEREAS, the Parties agree that Plaintiff's amended complaint, in light of the Order, may impact the claims and issues to be litigated for the remainder of the case, and thus, the work needed to prepare the case for trial;

19  WHEREAS, the Parties agree that under the current schedule, and among other conflicts, it would be unreasonable for rebuttal expert reports to be due on the last day for Plaintiff to serve an amended complaint;

22  WHEREAS, the Parties agree that it would conserve the resources of the Parties and serve judicial economy to stay all dates in this action to allow for Plaintiff to file an amended complaint, for Defendants to file a responsive pleading, and, if necessary, for the Court to rule on any motion(s) attacking the amended pleading;

26  WHEREAS, the Parties agree that this Stipulation obviates the need for the Court to rule on TORC's Application;

WHEREAS, the Parties agree that if the revised schedule attached hereto as Exhibit A is not acceptable to the Court, the Court should schedule a further case management conference to work with the Parties to set a new schedule for the case;

THEREFORE, consistent with the foregoing, the Parties hereby stipulate and respectfully request that:

(i) The Schedule be modified to continue the remaining pretrial and trial dates in the above-captioned matter consistent with the schedule of pretrial and trial dates proposed in Exhibit A;

(ii) In the alternative, if the schedule set forth in Exhibit A is not acceptable to the Court, the Court shall set a further case management conference to work with the Parties to set a new schedule for the case; and

(iii) TORC's Application is withdrawn.

Dated: March 6, 2023

MICHAEL J. FINNEGAN
MARK E. ELLIOTT
PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   /s/ Mark E. Elliott
         Mark E. Elliott

*Attorneys for Defendant*
TORRANCE REFINING COMPANY LLC

Dated: March 6, 2023

                                      MATTHEW J. MATERN
                                      JOSHUA D. BOXER
                                      TAGORE O. SUBRAMANIAM
                                      MATERN LAW GROUP, PC

By:   /s/ Joshua D. Boxer

*Attorney for Plaintiff*
JOSE NAVARRO

Attestation

I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized its filing.

Dated: March 6, 2023        MICHAEL J. FINNEGAN
                                      MARK E. ELLIOTT
                                        PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   /s/ Mark E. Elliott
       Mark E. Elliott