UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE NAVARRO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EXXONMOBIL CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02477-DSF (SKx)<br><br>**[PROPOSED] ORDER CONTINUING TRIAL AND PRETRIAL DATES**<br><br>[*Filed concurrently with Joint Stipulation to Continue Trial and Pretrial Dates and Withdraw Ex Parte Application*]<br><br>Judge:　Dale S. Fischer<br>Dept.　　7D |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

(i) The schedule of pretrial and trial dates in the above-captioned matter (*see* Dkt. 290-1) shall be modified to reflect the pretrial and trial dates set forth in Exhibit A to the Joint Stipulation to Continue Trial and Pretrial Dates, as follows:

- Trial: January 16, 2024
- Final Pretrial Conference: December 18, 2023
- Trial Documents (Set Two): December 4, 2023
- Trial Documents (Set One): November 17, 2023
- Last Day to Conduct ADR Proceeding: October 24, 2023
- Last Day to Hear Motions: September 25, 2023
- Expert Discovery Cut-Off: July 25, 2023
- Expert Disclosure (rebuttal): June 27, 2023

[Or, in the alternative:]

(ii) A Case Management Conference shall be held on _____ at _____ in Courtroom 7D of the First Street Courthouse, 350 West 1st Street, Los Angeles, California.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Honorable Dale S. Fischer
United States District Judge