UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE NAVARRO,<br><br>            Plaintiff,<br><br>vs.<br><br>EXXONMOBIL CORPORATION, et al.,<br><br>           Defendants. | Case No. 2:17-cv-02477-DSF (SKx)<br><br>**ORDER CONTINUING TRIAL AND PRETRIAL DATES**<br><br>[*Filed concurrently with Joint Stipulation to Continue Trial and Pretrial Dates and Withdraw Ex Parte Application*]<br><br>Judge:  Dale S. Fischer<br>Dept.    7D |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

(i) The schedule of pretrial and trial dates in the above-captioned matter (*see* Dkt. 290-1) shall be modified to reflect the pretrial and trial dates set forth in Exhibit A to the Joint Stipulation to Continue Trial and Pretrial Dates, as follows:

- Trial:  January 16, 2024
- Final Pretrial Conference:  December 18, 2023
- Trial Documents (Set Two):  December 4, 2023
- Trial Documents (Set One):  November 17, 2023
- Last Day to Conduct ADR Proceeding:  October 24, 2023
- Last Day to Hear Motions:  September 25, 2023
- Expert Discovery Cut-Off:  July 25, 2023
- Expert Disclosure (rebuttal):  June 27, 2023

IT IS SO ORDERED.

DATED:  March 9, 2023

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE