JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE NAVARRO,<br>　　Plaintiff,<br><br>　　　　v.<br><br>EXXONMOBIL CORPORATION, et al.,<br>　　Defendants. | CV 17-2477 DSF (SKx)<br><br>JUDGMENT |

　　The Court having granted a motion for summary judgment.

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  October 18, 2023

_Dale S. Fischer_
Dale S. Fischer
United States District Judge