# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE NAVARRO,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>EXXONMOBIL CORPORATION, et al.,<br>　　　Defendants. | 2:17-cv-2477-DSF-SK<br><br>Order DENYING Without Prejudice Motions for Attorneys Fees and Costs (Dkts. 356, 357) |

 Defendants move for attorneys' fees and costs. Plaintiff's opposition is not yet due. The motions are DENIED without prejudice.

 Plaintiff has appealed the Judgment.

 Federal Rule of Civil Procedure 54 sets out the basic procedures for requesting attorneys' fees. The Advisory Committee Notes state:

> If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved. A notice of appeal does not extend the time for filing a fee claim based on the initial judgment, but the court under subdivision (d)(2)(B) may effectively extend the period by permitting claims to be filed after resolution of the appeal. A new period for filing will automatically begin if a new judgment is entered

following a reversal or remand by the appellate court or the granting of a motion under Rule 59.

Fed. R. Civ. P. 54(d)(2) advisory committee's note to 1993 Amendments.

District courts within the Ninth Circuit have exercised their discretion to deny fee motions without prejudice pending an appeal on the merits. See, e.g., Env't Def. Ctr. v. Bureau of Ocean Energy Mgmt., No. CV 16-8418 PSG (FFMx), 2019 WL 10786009 (C.D. Cal. Oct. 28, 2019); Dufour v. Allen, No. 2:14- CV-5616 CAS (SSx), 2015 WL 12819170 (C.D. Cal. Jan. 26, 2015). The Court finds that to be the best approach. In light of the pending appeal, the Court denies the motions without prejudice.

The motions may be renewed after the Ninth Circuit resolves the pending appeal.

IT IS SO ORDERED.

Date: February 1, 2024

*Dale S. Fischer*
Dale S. Fischer
United States District Judge