Dawn Sestito
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
213-430-6000
Fax: 213-430-6407
Email: dsestito@omm.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| ARNOLD GOLDSTEIN, et al., | 2:17-cv-02477-DSF-SK |
| PLAINTIFF(S), | |
| v. | |
| EXXON MOBIL CORPORATION, et al., | **APPLICATION TO THE CLERK TO TAX COSTS** |
| DEFENDANT(S) | |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| Name(s) of party or parties claiming costs: | Exxon Mobil Corporation | | |
|---|---|---|---|
| Judgment entered on: | October 18, 2023 | Docket #: | 333 |
| Names of party(ies) against whom judgment was entered: | Plaintiff Jose Navarro | | |

## DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: November 29, 2023

Signature: /s/ Dawn Sestito
Name: Dawn Sestito
☒ Attorney of Record for: Exxon Mobil Corporation

---

**COURT USE ONLY**

☒ Application GRANTED in whole/part; costs are taxed in the amount of $ **8,473.88** *amount taxed here.*
☐ Application DENIED because:   ☐ Not timely filed (L.R. 54-2.1).
                                 ☐ Insufficient supporting documentation provided (L.R. 54-2.1).
                                 ☐ Filer is not prevailing party (L.R. 54-1).

Date: February 16, 2024

**Brian D. Karth, District Court Executive/Clerk of Court**

By:  R. Horan Walker
     Deputy Clerk

---

Case Title: <u>Goldstein v. Exxon Mobil Corporation</u>; Case No: 2:17-cv-02477-DSF-SK

# BILL OF COSTS

*The Clerk does not have discretion to tax any item  
not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|---|
| | | | | *(Shaded columns for Court use only.)* | | | |
| 1 | | **L.R. 54-3.1 Clerk's Fees** (only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule) | | | | | |
| | | $0.00 | N/A | | | | |
| 2 | | **L.R. 54-3.2 Fees for Service of Process** | | | | | |
| | | $0.00 | N/A | | | | |
| 3 | | **L.R. 54-3.3 United States Marshal's Fees** | | | | | |
| | | $0.00 | N/A | | | | |
| 4 | | **L.R. 54-3.4 Transcripts of Court Proceedings** (order or stipulation required and must be attached) | | | | | |
| | | $0.00 | N/A | | | | |
| 5 | | **L.R. 54-3.5 Depositions** (if order or stipulation required by rule, it must be attached) | | | | | |
| | | $7,246.78 | EXHIBIT B - Invoices for Various Depositions | $7,021.78 | $225.00 | | No provision in the rule to support ACE fees. |
| 6 | | **L.R. 54-3.6 Witness Fees** (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below) | | | | | |
| | | $0.00 | N/A | | | | |
| 7 | | **L.R. 54-3.7 Interpreter's Fees** (document translation costs are not taxable) | | | | | |
| | | $0.00 | N/A | | | | |
| 8 | | **L.R. 54-3.8 Docket Fees** (only as provided by 28 U.S.C. § 1823) | | | | | |
| | | $0.00 | N/A | | | | |
| 9 | | **L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers** (attach appointment order) | | | | | |
| | | $0.00 | N/A | | | | |
| 10 | | **L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents** (if order or stip required, it must be attached) | | | | | |
| | (a) | L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served" | | | | | |
| | | $1,452.10 | EXHIBIT C - Invoices for Delivery of Mandatory Chambers Copies | $1,452.10 | | | |
| | (b) | L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence" | | | | | |
| | | $0.00 | N/A | | | | |
| | (c) | L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record" | | | | | |
| | | $0.00 | N/A | | | | |
| | (d) | L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents" | | | | | |
| | | $0.00 | N/A | | | | |
| | (e) | L.R. 54-3.10(e): "Notary fees" of taxable documents | | | | | |
| | | $0.00 | N/A | | | | |
| | (f) | L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case" | | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (Must be itemized below and cross-referenced to attachments.) | AMOUNT ALLOWED | AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|---|
| | | | | *~ IF ANY AMOUNT DISALLOWED ~* | | | |
| | | | | *(Shaded columns for Court use only.)* | | | |
| | | $0.00 | N/A | | | | |
| | (g) | | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | |
| | (g) | $0.00 | N/A | | | | |
| 11 | | **L.R. 54-3.11 Premiums on Undertakings and Bonds** | | | | | |
| 11 | | $0.00 | N/A | | | | |
| 12 | | **L.R. 54-3.12 Other Costs** (Court order must be attached; only visual aids, models, and photographs taxable under this rule) | | | | | |
| 12 | | $0.00 | N/A | | | | |
| 13 | | **L.R. 54-3.13 State Court Costs** (taxable only if taxable in state court; include citation to applicable state statute or rule) | | | | | |
| 13 | | $0.00 | N/A | | | | |
| 14 | | **L.R. 54-4 Items Taxable as Costs on Appeal** (only items taxable under Fed. R. App. P. 39(e)) | | | | | |
| 14 | | $0.00 | N/A | | | | |
| 15 | | **L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court** | | | | | |
| 15 | | $0.00 | N/A | | | | |
| TOTAL | | $8,698.88 | | $8,473.88 | $225.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.