1

1          UNITED STATES DISTRICT COURT

2         CENTRAL DISTRICT OF CALIFORNIA

3               WESTERN DIVISION

4    THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING

5

6    ARNOLD GOLDSTEIN, et al.,         )
                                       )
7                      Plaintiffs,     )
                                       )
8                                      )
              vs.                      )   No. CV 17-2477 DSF-SK
9                                      )
     EXXON MOBILE CORPORATION, et al., )
10                                     )
                       Defendants.     )
11   _____)

12

13

14        REPORTER'S TRANSCRIPT OF PROCEEDINGS

15

16            Los Angeles, California

17    Monday, September 24, 2018, 11:11 A.M.

18

19           Order to Show Cause Hearing

20

21                          PAT CUNEO CSR 1600, CRR-CM
                            Official Reporter
22                          First Street Courthouse
                            350 W. First Street
23                          Room 4311
                            Los Angeles, California 90012-4565
24                          213-894-1782
                            patcuneo1600@gmail.com
25                          www.patcuneo.com

2

```
 1    APPEARANCES OF COUNSEL:

 2    FOR THE PLAINTIFFS:   MATERN LAW GROUP
                            BY:   MATTHEW J. MATERN, ATTORNEY AT LAW
 3                          AND   JOSHUA D. BOXER, ATTORNEY AT LAW
                            1230 Rosecrans Avenue
 4                          Suite 200
                            Manhattan Beach, CA   90266
 5                          310-531-1900
                            mmatern@maternlawgroup.com
 6                          jboxer@maternlawgroup.com

 7    FOR THE DEFENDANTS:   PILLSBURY WINTHROP SHAW PITTMAN LLP
                            BY:   MARK E. ELLIOTT, ATTORNEY AT LAW
 8                          AND   MICHAEL J. FINNEGAN, PARTNER
                            725 South Figueroa Street
 9                          Suite 2800
                            Los Angeles, California 90017-5406
10                          213-488-7100
                            mark.elliott@pillsburylaw.com
11                          mfinnegan@pillsburylaw.com

12    FOR THE DEFENDANTS:   O'MELVENY & MYERS LLP
                            BY:   DAWN SESTITO, ATTORNEY AT LAW
13                          400 South Hope Street
                            Suite 1500
14                          Los Angeles, California   90071-2899
                            213-430-6000
15                          dsestito@omm.com

16

17

18

19

20

21

22

23

24

25
```

3

```
 1    LOS ANGELES, CA.; MONDAY, SEPTEMBER 24, 2018; 11:11 A.M.

 2                              -oOo-

 3              THE CLERK:  Calling Item No. 6, CV 17-2477,

 4    Arnold Goldstein vs. Exxon Mobile Corporation.

 5              Counsel state your appearances.

 6              MR. MATERN:  Good morning, Your Honor.

 7    Matthew Matern appearing on behalf of the plaintiffs.

 8              MR. BOXER:  Good morning, Your Honor.

 9    Joshua Boxer also for the plaintiffs.

10              MR. ELLIOTT:  Good morning, Your Honor.

11    Mark Elliott from Pillsbury on behalf of defendant Torrance

12    Refining.

13              MR. FINNEGAN:  Mike Finnegan, Pillsbury Winthrop

14    Shaw Pittman, on behalf of defendant Torrance Refining

15    Company.

16              MS. SESTITO:  Good morning, Your Honor.

17    Dawn Sestito on behalf of defendant Exxon Mobile

18    Corporation.

19              THE COURT:  All right.

20              So you're the new counsel or do we not have new

21    counsel yet?

22              MR. MATERN:  Your Honor, the Scheer Adling firm is

23    coming in on the case.  We're going to be filing a formal

24    association hopefully within the next 24 hours or so.

25    Clients are signing off on it.
```

4

```
 1              We've got one client's signature already and we're

 2    hoping to get the other two within the next day.

 3              THE COURT:  Okay.

 4              All right.  So where are we with everything else

 5    that needs to be done in this case?

 6              MR. MATERN:  We're moving forward, Your Honor.  A

 7    number of the depositions have been taken.  We still -- we

 8    had an issue come up regarding one of our experts, Mr. Tar,

 9    who has some heart problems and we had asked the defendants

10    to allow one of the other experts to step in and we have

11    given them an updated declaration from Dr. Jamie Clark and

12    hope that we can reach a stipulation on that issue.

13              THE COURT:  So I don't understand.  What's the

14    issue?  The deadline passed or something?

15              MR. MATERN:  Well, Mr. Tar's declaration was

16    attached to our motion for class certification.  He is, for

17    health reasons, unable to be deposed and continue on as the

18    expert in the case and so we're asking to have Dr. Clark

19    step in and fulfill that role.

20              MR. FINNEGAN:  Good morning, Your Honor.

21              The defendants are evaluating this stipulation.

22    It may be that we agree to it.  We just got it on Friday so

23    we're looking at it now with our clients.

24              And if we can resolve that, we don't have any

25    intention of asking for any change in the briefing schedule
```

```
 1   as it now stands nor the scheduled time now for the hearing

 2   on class certification brief or hearing itself.

 3             So I think we're cautiously optimistic that we can

 4   work this out between counsel and submit a stipulation for

 5   your approval.

 6             THE COURT:  All right.  Well, I need that other

 7   firm in quickly because I am troubled, frankly, that all

 8   this has been done without counsel that I wanted to have in

 9   to give me some assurance that this case was going to be

10   handled properly which I still don't have.

11             So if that doesn't happen soon, we may have to

12   start from scratch and that's going to be on you for not

13   having complied with my order.

14             So I hope that can be done certainly no later by

15   the end of this week and you will decide what you want to do

16   and, hopefully, I don't need to get involved with that.

17             So is there anything else I need to do today other

18   than what I've already done?

19             MS. SESTITO:  Your Honor, one housekeeping item

20   was that the parties submitted a stipulation.  It's docket

21   No. 140 to strike the declaration of John Covas and to

22   dismiss him from the case without prejudice.

23             He was a named class representative and then

24   decided that he did not want to participate so we just --

25   the parties had agreed on that.
```

6

```
1            THE COURT:  I think it's in the pipeline

2   somewhere.

3            MS. SESTITO:  Yes.

4            THE COURT:  If not, I'll just have Ms. Plato

5   approve it but I do remember seeing that.

6            MS. SESTITO:  Okay.  Thank you, Your Honor.

7            THE COURT:  All right.  Thank you.

8            MR. MATERN:  Thank you, Your Honor.

9            MR. BOXER:  Thank you, Your Honor.

10            (At 11:16 a.m. proceedings were concluded.)

11

12                         -oOo-

13

14

15

16

17

18

19

20

21

22

23

24

25
```

7

**CERTIFICATE**


I, PAT CUNEO, CSR 1600, hereby certify that

pursuant to Section 753, Title 28, United States Code, the

foregoing is a true and correct transcript of the

stenographically reported proceedings held in the

above-entitled matter and that the transcript page format is

in conformance with the regulations of the Judicial

Conference of the United States.


Date:   December 23, 2023


**/s/**_____

**PAT CUNEO, OFFICIAL REPORTER**
**CSR NO. 1600**

MR. BOXER: [2] 3/8 6/9
MR. ELLIOTT: [1] 3/10
MR. FINNEGAN: [2] 3/13 4/20
MR. MATERN: [5] 3/6 3/22 4/6 4/15 6/8
MS. SESTITO: [4] 3/16 5/19 6/3 6/6
THE CLERK: [1] 3/3
THE COURT: [7] 3/19 4/3 4/13 5/6 6/1 6/4 6/7

-

-oOo [2] 3/2 6/12

/

/s [1] 7/15

1

11:11 [2] 1/17 3/1
11:16 [1] 6/10
1230 [1] 2/3
140 [1] 5/21
1500 [1] 2/13
1600 [3] 1/21 7/3 7/16
17-2477 [2] 1/8 3/3
1782 [1] 1/24
1900 [1] 2/5

2

200 [1] 2/4
2018 [2] 1/17 3/1
2023 [1] 7/10
213-430-6000 [1] 2/14
213-488-7100 [1] 2/10
213-894-1782 [1] 1/24
23 [1] 7/10
24 [3] 1/17 3/1 3/24
2477 [2] 1/8 3/3
28 [1] 7/4
2800 [1] 2/9
2899 [1] 2/14

3

310-531-1900 [1] 2/5
350 [1] 1/22

4

400 [1] 2/13
4311 [1] 1/23
4565 [1] 1/23

5

5406 [1] 2/9

6

6000 [1] 2/14

7

7100 [1] 2/10
725 [1] 2/8
753 [1] 7/4

9

90012-4565 [1] 1/23
90017-5406 [1] 2/9
90071-2899 [1] 2/14
90266 [1] 2/4

A

a.m [3] 1/17 3/1 6/10
above [1] 7/7
above-entitled [1] 7/7
Adling [1] 3/22
agree [1] 4/22
agreed [1] 5/25
al [2] 1/6 1/9
all [5] 3/19 4/4 5/6 5/7 6/7
allow [1] 4/10
already [2] 4/1 5/18
also [1] 3/9
am [1] 5/7
Angeles [5] 1/16 1/23 2/9 2/14 3/1
any [2] 4/24 4/25
anything [1] 5/17
appearances [2] 2/1 3/5
appearing [1] 3/7
approval [1] 5/5
approve [1] 6/5
are [3] 3/25 4/4 4/21
ARNOLD [2] 1/6 3/4
Arnold Goldstein [1] 3/4
as [2] 4/17 5/1
asked [1] 4/9
asking [2] 4/18 4/25
association [1] 3/24
assurance [1] 5/9
at [6] 2/2 2/3 2/7 2/12 4/23 6/10
attached [1] 4/16
ATTORNEY [4] 2/2 2/3 2/7 2/12
Avenue [1] 2/3

B

be [7] 3/23 4/5 4/17 4/22 5/9 5/12 5/14
Beach [1] 2/4
because [1] 5/7
been [2] 4/7 5/8
behalf [4] 3/7 3/11 3/14 3/17
between [1] 5/4
BOXER [2] 2/3 3/9
brief [1] 5/2
briefing [1] 4/25
but [1] 6/5

C

CA [2] 2/4 3/1
CALIFORNIA [5] 1/2 1/16 1/23 2/9 2/14
Calling [1] 3/3

can [4] 4/12 4/24 5/3 5/14
case [5] 3/23 4/5 4/18 5/9 5/22
Cause [1] 1/19
cautiously [1] 5/3
CENTRAL [1] 1/2
certainly [1] 5/14
CERTIFICATE [1] 7/1
certification [2] 4/16 5/2
certify [1] 7/3
change [1] 4/25
Clark [2] 4/11 4/18
class [3] 4/16 5/2 5/23
client's [1] 4/1
clients [2] 3/25 4/23
CM [1] 1/21
Code [1] 7/4
come [1] 4/8
coming [1] 3/23
Company [1] 3/15
complied [1] 5/13
concluded [1] 6/10
Conference [1] 7/9
conformance [1] 7/8
continue [1] 4/17
CORPORATION [3] 1/9 3/4 3/18
correct [1] 7/5
counsel [6] 2/1 3/5 3/20 3/21 5/4 5/8
COURT [1] 1/1
Courthouse [1] 1/22
Covas [1] 5/21
CRR [1] 1/21
CRR-CM [1] 1/21
CSR [3] 1/21 7/3 7/16
CUNEO [3] 1/21 7/3 7/16
CV [2] 1/8 3/3

D

DALE [1] 1/4
Date [1] 7/10
DAWN [2] 2/12 3/17
Dawn Sestito [1] 3/17
day [1] 4/2
deadline [1] 4/14
December [1] 7/10
decide [1] 5/15
decided [1] 5/24
declaration [3] 4/11 4/15 5/21
defendant [3] 3/11 3/14 3/17
defendants [5] 1/10 2/7 2/12 4/9 4/21
deposed [1] 4/17
depositions [1] 4/7
did [1] 5/24
dismiss [1] 5/22
DISTRICT [2] 1/1 1/2
DIVISION [1] 1/3

do [4] 3/20 5/15 5/17 6/5
docket [1] 5/20
doesn't [1] 5/11
don't [4] 4/13 4/24 5/10 5/16
done [4] 4/5 5/8 5/14 5/18
Dr. [2] 4/11 4/18
Dr. Clark [1] 4/18
Dr. Jamie [1] 4/11
dsestito [1] 2/15
DSF [1] 1/8
DSF-SK [1] 1/8

E

ELLIOTT [2] 2/7 3/11
else [2] 4/4 5/17
end [1] 5/15
entitled [1] 7/7
et [2] 1/6 1/9
evaluating [1] 4/21
everything [1] 4/4
expert [1] 4/18
experts [2] 4/8 4/10
EXXON [3] 1/9 3/4 3/17

F

Figueroa [1] 2/8
filing [1] 3/23
FINNEGAN [2] 2/8 3/13
firm [2] 3/22 5/7
First [2] 1/22 1/22
FISCHER [1] 1/4
foregoing [1] 7/5
formal [1] 3/23
format [1] 7/7
forward [1] 4/6
frankly [1] 5/7
Friday [1] 4/22
fulfill [1] 4/19

G

get [2] 4/2 5/16
give [1] 5/9
given [1] 4/11
gmail.com [1] 1/24
going [3] 3/23 5/9 5/12
GOLDSTEIN [2] 1/6 3/4
Good [5] 3/6 3/8 3/10 3/16 4/20
got [2] 4/1 4/22
GROUP [1] 2/2

H

had [3] 4/8 4/9 5/25
handled [1] 5/10
happen [1] 5/11
has [2] 4/9 5/8
have [9]
having [1] 5/13
he [3] 4/16 5/23 5/24
health [1] 4/17

hearing [3] 1/19 5/1 5/2
heart [1] 4/9
held [1] 7/6
hereby [1] 7/3
him [1] 5/22
Honor [11]
HONORABLE [1] 1/4
hope [3] 2/13 4/12 5/14
hopefully [2] 3/24 5/16
hoping [1] 4/2
hours [1] 3/24
housekeeping [1] 5/19

I

I'll [1] 6/4
I've [1] 5/18
if [3] 4/24 5/11 6/4
intention [1] 4/25
involved [1] 5/16
is [5] 3/22 4/16 5/17 7/5 7/7
issue [3] 4/8 4/12 4/14
it [7] 3/25 4/22 4/22 4/22 4/23 5/1 6/5
it's [2] 5/20 6/1
item [2] 3/3 5/19
Item No. 6 [1] 3/3
itself [1] 5/2

J

Jamie [1] 4/11
jboxer [1] 2/6
John [1] 5/21
JOSHUA [2] 2/3 3/9
JUDGE [1] 1/4
Judicial [1] 7/8
just [3] 4/22 5/24 6/4

L

later [1] 5/14
LAW [5] 2/2 2/2 2/3 2/7 2/12
LLP [2] 2/7 2/12
looking [1] 4/23
Los [5] 1/16 1/23 2/9 2/14 2/17

M

Manhattan [1] 2/4
MARK [2] 2/7 3/11
Mark Elliott [1] 3/11
mark.elliott [1] 2/10
MATERN [3] 2/2 2/2 3/7
maternlawgroup.com [2] 2/5 2/6
matter [1] 7/7
MATTHEW [2] 2/2 3/7
Matthew Matern [1] 3/7
may [2] 4/22 5/11
me [1] 5/9
mfinnegan [1] 2/11

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

## M

**MICHAEL [1]**  2/8
**Mike [1]**  3/13
**Mike Finnegan [1]**
 3/13
**mmatern [1]**  2/5
**MOBILE [3]**  1/9 3/4
 3/17
**Monday [2]**  1/17 3/1
**morning [5]**  3/6 3/8
 3/10 3/16 4/20
**motion [1]**  4/16
**moving [1]**  4/6
**Mr. [2]**  4/8 4/15
**Mr. Tar [1]**  4/8
**Mr. Tar's [1]**  4/15
**Ms. [1]**  6/4
**Ms. Plato [1]**  6/4
**my [1]**  5/13
**MYERS [1]**  2/12

## N

**named [1]**  5/23
**need [3]**  5/6 5/16 5/17
**needs [1]**  4/5
**new [2]**  3/20 3/20
**next [2]**  3/24 4/2
**no [3]**  1/8 5/14 7/16
**No. [2]**  3/3 5/21
**No. 140 [1]**  5/21
**not [4]**  3/20 5/12 5/24
 6/4
**now [3]**  4/23 5/1 5/1
**number [1]**  4/7

## O

**O'MELVENY [1]**  2/12
**off [1]**  3/25
**Official [2]**  1/21 7/16
**Okay [2]**  4/3 6/6
**omm.com [1]**  2/15
**on [12]**
**one [4]**  4/1 4/8 4/10
 5/19
**oOo [2]**  3/2 6/12
**optimistic [1]**  5/3
**or [4]**  3/20 3/24 4/14
 5/2
**order [2]**  1/19 5/13
**other [4]**  4/2 4/10 5/6
 5/17
**our [3]**  4/8 4/16 4/23
**out [1]**  5/4

## P

**page [1]**  7/7
**participate [1]**  5/24
**parties [2]**  5/20 5/25
**PARTNER [1]**  2/8
**passed [1]**  4/14
**PAT [3]**  1/21 7/3 7/16
**patcuneo1600 [1]**  1/24
**PILLSBURY [3]**  2/7
 3/11 3/13

**pillsburylaw.com [2]**
 2/10 2/11
**pipeline [1]**  6/1
**PITTMAN [2]**  2/7 3/14
**plaintiffs [4]**  1/7 2/2
 3/7 3/9
**Plato [1]**  6/4
**prejudice [1]**  5/22
**PRESIDING [1]**  1/4
**problems [1]**  4/9
**proceedings [3]**  1/14
 6/10 7/6
**properly [1]**  5/10
**pursuant [1]**  7/4

## Q

**quickly [1]**  5/7

## R

**reach [1]**  4/12
**reasons [1]**  4/17
**Refining [2]**  3/12 3/14
**regarding [1]**  4/8
**regulations [1]**  7/8
**remember [1]**  6/5
**reported [1]**  7/6
**Reporter [2]**  1/21 7/16
**REPORTER'S [1]**  1/14
**representative [1]**  5/23
**resolve [1]**  4/24
**right [4]**  3/19 4/4 5/6
 6/7
**role [1]**  4/19
**Room [1]**  1/23
**Rosecrans [1]**  2/3

## S

**schedule [1]**  4/25
**scheduled [1]**  5/1
**Scheer [1]**  3/22
**scratch [1]**  5/12
**Section [1]**  7/4
**seeing [1]**  6/5
**September [2]**  1/17 3/1
**SESTITO [2]**  2/12 3/17
**SHAW [2]**  2/7 3/14
**Show [1]**  1/19
**signature [1]**  4/1
**signing [1]**  3/25
**SK [1]**  1/8
**so [11]**
**some [2]**  4/9 5/9
**something [1]**  4/14
**somewhere [1]**  6/2
**soon [1]**  5/11
**South [2]**  2/8 2/13
**stands [1]**  5/1
**start [1]**  5/12
**state [1]**  3/5
**STATES [3]**  1/1 7/4 7/9
**stenographically [1]**
 7/6
**step [2]**  4/10 4/19
**still [2]**  4/7 5/10

**stipulation [4]**  4/12
 4/21 5/4 5/20
**Street [4]**  1/22 1/22 2/8
 2/13
**strike [1]**  5/21
**submit [1]**  5/4
**submitted [1]**  5/20
**Suite [3]**  2/4 2/9 2/13

## T

**taken [1]**  4/7
**Tar [1]**  4/8
**Tar's [1]**  4/15
**than [1]**  5/18
**Thank [4]**  6/6 6/7 6/8
 6/9
**that [20]**
**that's [1]**  5/12
**them [1]**  4/11
**then [1]**  5/23
**there [1]**  5/17
**think [2]**  5/3 6/1
**this [6]**  4/5 4/21 5/4 5/8
 5/9 5/15
**time [1]**  5/1
**Title [1]**  7/4
**today [1]**  5/17
**Torrance [2]**  3/11 3/14
**transcript [3]**  1/14 7/5
 7/7
**troubled [1]**  5/7
**true [1]**  7/5
**two [1]**  4/2

## U

**unable [1]**  4/17
**understand [1]**  4/13
**UNITED [3]**  1/1 7/4 7/9
**up [1]**  4/8
**updated [1]**  4/11

## W

**want [2]**  5/15 5/24
**wanted [1]**  5/8
**was [4]**  4/15 5/9 5/20
 5/23
**we [14]**
**we're [6]**  3/23 4/1 4/6
 4/18 4/23 5/3
**We've [1]**  4/1
**week [1]**  5/15
**Well [2]**  4/15 5/6
**were [1]**  6/10
**WESTERN [1]**  1/3
**what [2]**  5/15 5/18
**What's [1]**  4/13
**where [1]**  4/4
**which [1]**  5/10
**who [1]**  4/9
**will [1]**  5/15
**WINTHROP [2]**  2/7
 3/13
**within [2]**  3/24 4/2
**without [2]**  5/8 5/22

**work [1]**  5/4
**www.patcuneo.com
 [1]**  1/25

## Y

**Yes [1]**  6/3
**yet [1]**  3/21
**you [7]**  5/12 5/15 5/15
 6/6 6/7 6/8 6/9
**you're [1]**  3/20
**your [13]**